IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
|                                                                ) | Case No. 3:04-cv-0198 |
|         Plaintiff,                                    ) | |
|                                                                ) | |
|         v.                                               ) | ORDER CONFIRMING SALE AND |
|                                                                ) | DIRECTING DISBURSEMENT OF |
| JOSEPH CONFORTE, and              ) | PROCEEDS |
| RUTH (HURD) SPROLES,              ) | |
|                                                                ) | |
|         Defendants.                               ) | |

This matter came before the Court on the parties Joint Motion To Confirm Sale And Direct Disbursement Of Proceeds. For the reasons set forth in the motion, and good cause having been found,

IT IS HERE BY ORDERED THAT the sale of the real property located at Sullivan Lane and McCarran Boulevard in Washoe County, Nevada, Assessor Parcel No. 026-013-01(hereinafter "the subject property"), to ACAK Trust, for the sum of $600,000.00 is hereby confirmed, and

IT IS FURTHER ORDERED THAT the proceeds of sale shall be distributed as follows:

    a. First, to all closing costs associated with the sale;

    b. Second, to local county real estate taxes;

    c. Third, $32,592.65 to Ruth Sproles for local county real estate taxes paid for years 2006 through 2015.

    d. Fourth to Commercial Partners of Nevada LLC for a real estate commission in an amount equal to six percent of the gross sales proceeds;

e. after all fees and costs are paid, as set forth above, the net proceeds are to be distributed in the amount of 17 percent to Ruth (Hurd) Sproles and 83 percent to the United States of America, for application to the unpaid income tax liabilities of Joseph Conforte.

Dated this  25th  day of  May , 2016.

_____
UNITED STATES DISTRICT JUDGE